**NOTICE: This opinion is subject to modification resulting from motions for reconsideration under Supreme Court Rule 27, the Court's reconsideration, and editorial revisions by the Reporter of Decisions. The version of the opinion published in the Advance Sheets for the Georgia Reports, designated as the "Final Copy," will replace any prior version on the Court's website and docket. A bound volume of the Georgia Reports will contain the final and official text of the opinion.**

In the Supreme Court of Georgia

Decided: March 7, 2023

S23Y0502. IN THE MATTER OF NATHAN E. HARDWICK IV.

PER CURIAM.

This matter is before the Court on a petition for voluntary surrender of license filed by Nathan E. Hardwick IV (State Bar No. 325686) prior to the filing of a formal complaint. See Bar Rule 4-227 (b) (2). Hardwick, who has been a member of the Georgia Bar since 1991, was suspended by this Court following his convictions in federal court on numerous felonies involving financial fraud. See *In the Matter of Hardwick*, 305 Ga. 37 (823 SE2d 301) (2019). In his petition, Hardwick admits that his convictions have been affirmed. See *United States v. Hardwick*, 25 F4th 829 (11th Cir. 2022). A felony conviction constitutes a violation of Rule 8.4 (a) (2) of the Georgia Rules of Professional Conduct ("GRPC") found in Bar Rule

4-102 (d), and the maximum penalty for a violation of Rule 8.4 (a) (2) is disbarment.

The State Bar has filed a response, requesting that the Court accept Hardwick's petition.

Based upon our review of the petition and response, we agree that acceptance of Hardwick's petition for voluntary surrender of his license, which is tantamount to disbarment, see GRPC 1.0 (s), is in the best interests of the Bar and the public and is consistent with prior similar cases. See, e.g., *In the Matter of Celello*, 308 Ga. 339 (840 SE2d 349) (2020); *In the Matter of Fudge*, 301 Ga. 793 (804 SE2d 59) (2017). Accordingly, the name of Nathan E. Hardwick IV is hereby removed from the rolls of persons entitled to practice law in the State of Georgia. Hardwick is reminded of his duties pursuant to Bar Rule 4-219 (b).

*Voluntary surrender of license accepted. All the Justices concur.*